1

2

3

4

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

5

6

_____

7   MIA RIORDAN, a.k.a. Mia Lee,                                )
                                                               )
8                   Plaintiff,                                  )
                                                               )          Case No.: 2:10-cv-00081-GMN-LRL
9            vs.                                                )
                                                               )
10   FOREVER 21 RETAIL, INC. et al.,                           )          **ORDER**
                                                               )
11                   Defendant.                                 )
                                                               )
_____

12

13        This case arises out of the poor treatment of an employee, allegedly in violation of Title

14   VII of the Civil Rights Act of 1964.  Pending before the Court is Defendant's Motion to Dismiss

15   (#22).  For the reasons given herein, the Court grants the motion.

16        On October 21, 2009, Plaintiff Mia Riordan, a.k.a. Mia Lee, sued Defendant Forever 21

17   Retail, Inc. in state court on five causes of action. (*See* #1 at 16–22).  The Amended Complaint

18   ("AC") filed in state court lists five causes of action: (1) Violations of Title VII of the Civil

19   Rights Act of 1964 and Nevada State Law [Chapter 613]; (2) Negligent Supervision; (3)

20   Intentional Infliction of Emotional Distress; (4) Wrongful Termination; and (5) Battery. (*See id.*

21   at 8–14).  On March 18, 2010, Plaintiff moved under Rule 41 to dismiss her Title VII claims

22   with prejudice and her state law claims without prejudice. (*See* #17).  Defendant objected to

23   dismissing the state law claims without prejudice and moved for "summary judgment to dismiss"

24

the state law claims with prejudice. (*See* #22).  On May 6, 2010, the Court dismissed the Title VII claims with prejudice but retained jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(c)(3) without dismissing them or ruling on the "summary judgment to dismiss" motion, as there was still time to respond to the motion. (*See* #23).  Plaintiff has now filed a non-opposition to dismissal of the state law claims with prejudice. (*See* #24).  In substance, documents 22 and 24 taken together constitute a stipulation to dismiss the remaining state law claims with prejudice.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Dismiss (#22) is GRANTED.


DATED this 12th day of July, 2010.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE